[No. 44494-8-I.    Division One.    April 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR CLEVELAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04274-5, Michael J. Fox, J., entered April 8, 1999. *Reversed* by unpublished per curiam opinion.


[No. 43656-2-I.    Division One.    April 10, 2000.]

GLORIA PETERSON, ET AL., *Appellants*, v. DALE BLOOMQUIST, DDS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-19791-1, LeRoy McCullough, J., entered October 16, 1998. *Affirmed* by unpublished per curiam opinion.


[No. 44523-5-I.    Division One.    April 10, 2000.]

MICHAEL ROWLEY, *Appellant*, v. DAVID L. BARNARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-24343-2, Ann Schindler, J., entered February 11, 1999. *Affirmed* by unpublished per curiam opinion.


[Nos. 42416-5-I; 43210-9-I.    Division One.    April 10, 2000.]

*In the Matter of the Marriage of* STEVEN PASCAL, *Appellant*, and DeLAYNE PASCAL, *Respondent*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 97-3-00283-4, David A. Nichols, J., entered March 6, 1998. *Remanded* by unpublished per curiam opinion.